UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERTRUDE MCCARTHY,

                Plaintiff,                      22 **CIVIL** 6962 (OTW)

        -v-                                    **JUDGMENT**

OMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 21, 2023, that this action be, and is hereby, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner shall reevaluate the medical source opinions of record, reassess Plaintiffs residual functional capacity, offer Plaintiff an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

**Dated:**  New York, New York

      February 21, 2023

                                                                 **RUBY J. KRAJICK**

                                                                    _____
                                                                      **Clerk of Court**

                                 **BY:**        _____
                                                                       **Deputy Clerk**